Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHALS
JUN - 8 2017
DISTRICT OF NORTH DAKOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Daniel Glenn Wells<br><br>*Defendant* | )<br>)<br>)  Case No.  1:17-cr-133-8<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     __Daniel Glenn Wells__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone; Aiding and Abetting
Possession of Oxycodone with Intent to Distribute; Aiding and Abetting

Date:  06/08/2017

City and state:   Bismarck, ND

/s/ Christy Davis
*Issuing officer's signature*

Christy Davis, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __08 Jun 17__, and the person was arrested on *(date)* __21 Jun 17__
at *(city and state)* __New town, N.D.__

Date: __22 Jun 2017__

_____
*Arresting officer's signature*

SA Dawn M. White  Special Agent
*Printed name and title*   MHA DOJ