PS 8
(Rev. 2/2013)

# United States District Court
## For The
## District of North Dakota

### Petition for Action on Conditions of Pretrial Release

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 1:17CR00133-8 |
| | ) | |
| Daniel Glenn Wells | ) | |

COMES NOW, Allison M. Gehringer, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Daniel Glenn Wells who was placed under pretrial release supervision by the Honorable Charles S. Miller Jr., Magistrate Judge, sitting in the Court at Bismarck, on June 22, 2017, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. Defendant shall refrain from: excessive use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statue, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

7. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

PS 8
(Rev. 2/2013)
Wells, Daniel
0868 1:17CR00133

8.  Defendant shall not knowingly or intentionally have any direct or indirect contact with the co-defendants in this matter, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

9.  Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

10. If the Defendant attends a treatment program, Defendant shall sign all releases of information necessary for the Pretrial Services Officer to monitor his progress in the treatment program.

11. Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

12. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to North Dakota.


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1)  The defendant has failed to report to his U.S. Pretrial Services Officer since his most recent release on August 29, 2018. Currently his whereabouts are unknown. This is in violation of condition five (5) of his release.

2)  Immediately following his release on August 29, 2018, the defendant tested positive and admitted to using oxycodone and marijuana. This is in violation of condition six (6) of his release.

3)  The defendant has failed to comply with substance abuse testing. This is in violation of condition six (6) of his release.

4)  This officer has made multiple attempts to contact the defendant at his grandfather's address (approved release address). This is in violation of condition seven (7) of his release.

PS 8
(Rev. 2/2013)
Wells, Daniel
0868 1:17CR00133

PRAYING THAT THE COURT WILL ORDER: It is respectfully recommended a warrant be
issued for the arrest of Mr. Daniel Glenn Wells, so he can be apprehended and brought before the
Court to answer to the alleged violations of his conditions of release.

I declare under penalty of perjury that the
foregoing is true and correct.

Respectfully,

/s/ Allison M. Gehringer                    11/19/2018
U.S. Pretrial Services Officer
Place: Minot

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of November, 2018, and ordered filed and made a part of
the record in the above case. _Warrant shd be issued._

Charles S. Miller Jr.
U.S. Magistrate Judge