PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Daniel Glenn Wells           Case Number:   0868 1:17CR00133

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  April 22, 2019

Original Offense:         Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:        12 months and 1 day imprisonment; 3 years supervised release

Type of Supervision:  TSR          Date Supervision Commenced:  10/17/2019

Asst. U.S. Attorney: Rick L. Volk         Defense Attorney: Thomas M. Jackson

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | The defendant failed to report to the U.S. Probation Office within 72 hours of his release from imprisonment. This is in violation of the standard conditions of his release. |
| 2) | The defendant failed to report to the U.S. Probation Officer as directed. His current whereabouts are unknown. This is in violation of the standard conditions of his release. |
| 3) | On November 27, 2019, the defendant tested positive and admitted to the use of marijuana. This is in violation of the mandatory and special conditions of his release. |
| 4) | On December 12, 2019, the defendant stalled when instructed to provide a urine sample for drug testing. This is in violation of the special conditions of his release. |
| 5) | The defendant failed to participate in a drug/alcohol dependency treatment program. This is in violation of the special conditions of his release. |

PROB 12C  
(Rev. 2/13)  
Wells, Daniel  
0868 1:17CR00133

6)         The defendant failed to submit to drug screening at the direction of the U.S. Probation Officer. This is in violation of the special conditions of his release.

U.S. Probation Officer Recommendation: It is respectfully recommended a warrant be issued for the arrest of Daniel Glenn Wells and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

     ☒ Revoked.

     ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2020

/s/ Fallon Clouse  
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____  
Signature of Judicial Officer

February 10, 2020  
Date