PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Daniel Glenn Wells          Case Number:  0868 1:17CR00133

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: April 22, 2019

Original Offense:       Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:       12 months 1 day imprisonment; 3 years supervised release
Revoked on 09/10/2020:       3 months imprisonment; 18 months supervised release

Type of Supervision: TSR          Date Supervision Commenced:  11/16/2020

Asst. U.S. Attorney: Rick L. Volk          Defense Attorney: Edward Werner

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On February 02, 2021, the defendant tested positive for fentanyl. He admitted to having ingested the illicit substance. *This is in violation of special condition number one which states you must totally abstain from the use of alcohol and illegal drugs.* |
| 2) | On February 03, 2021, the defendant was unsuccessfully discharged from Centre Inc located in Fargo, ND. *This is in violation of special condition number four which states you shall cooperate with all rules and regulations and not withdraw from the Residential Re-Entry Center (RRC) without prior permission from the supervising probation of the officer.* |

PROB 12C
(Rev. 2/13)
Wells, Daniel
0868 1:17CR00133

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Mr. Daniel Wells and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2021

/s/ Travis J. Dienslake
U.S. Probation Officer Assistant

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

3 Feb. 2021
Date